**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Juan Hugo DIAZ–BARAJAS,**
**Defendant—Appellant.**

No. 01–10203.

D.C. No. CR–00–01503–FRZ.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM**

Juan Hugo Diaz–Barajas appeals his guilty-plea conviction and 46–month sentence for illegal reentry of a previously deported alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Diaz–Barajas' counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief.

Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

---

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and may not be cited to or by the